1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

YOUNG YIL JO,                                    CASE NO. 1:08-cv-01254-OWW-SMS PC

10                          Plaintiff,            ORDER DISMISSING ACTION, WITH
                                                 PREJUDICE

11          v.
                                                 (Doc. 1)
12   SIX UNKNOWN NAMES AGENTS, et al.,

13                          Defendants.
                                          /
14

15          Plaintiff Young Yil Jo ("Plaintiff") is a prisoner in federal custody at the Federal Correctional

16   Institution in Greenville, Illinois.   To date, Plaintiff has filed more than one-hundred civil cases in

17   this district.   The complaint in this action is rambling and incoherent, and fails to state any

18   cognizable claims under federal law.  Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1965 (2007).

19   Plaintiff's persistence in wasting this Court's judicial resources by filing frivolous complaints is in

20   bad faith.

21          Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

22

23   IT IS SO ORDERED.

24   **Dated:    September 9, 2008              /s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE
25

26

27

28

1